LAW OFFICES OF
**CHRISTOPHER H. WING**
A PROFESSIONAL CORPORATION
1101 E STREET
SACRAMENTO, CA 95814
441-4888
State Bar #063214

ATTORNEYS FOR: Defendant MARTINSON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>               Plaintiff,<br><br>v.<br><br>ROBERT MARTINSON, ET. AL<br>               Defendants, | Cr. No. S-08-294 EJG<br><br>ORDER CONTINUING STATUS HEARING FROM MAY 15, 2009 AT 10:00 AM TO JULY 10, 2009 AT 10 AM.; EXCLUSION OF TIME<br>18 U.S.C. §3161(h)(8)(B)(iv) [Local Code T-4] |

## [PROPOSED] ORDER

This matter having come on before me pursuant to the stipulation of the parties and good cause appearing therefore:

IT IS ORDERED THAT: the Hearing now set for May 15, 2009 at 10:00 a.m., is vacated and the matter set for a status conference on, July 10, 2009, at 10:00 am.

Further, the Court finds that the defendants' need for additional time to prepare exceeds the public interest in a trial within 70 days and, therefore, the interests of justice warrant a further exclusion of time until the hearing on May 15, 2009. Based upon this finding and the representations of the parties, the Court

///

1

excludes time from May 15, 2009, pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(B)(iv), Local Code T4 (time to allow sufficient time for counsel to prepare), until the next appearance on July 10, 2009 at 10:00 a.m. or by further order of this Court.

Dated: May 11, 2009

/s/ Edward J. Garcia
SENIOR U.S. DISTRICT COURT JUDGE

/ / /