UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**



APR 21 2010

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

BY_____
DEPUTY CLERK

C|EJG

**M E M O R A N D U M**

Honorable Edward J. Garcia
Senior United States District Judge
Sacramento, California

*Order for*

RE:   **Robert MARTINSON**
Docket Number:  2:08CR00294-01
<u>**CONTINUANCE OF JUDGMENT**</u>
<u>**AND SENTENCING**</u>
*as modified *✱

Your Honor:

Per agreement with both counsel, it is respectfully requested that the above-referenced case be continued from May 7, 2010 to July *12,* 2010 at 10:00 A.M.. (See attached amended Schedule for Disclosure.)  *local* ✱

**REASON FOR CONTINUANCE:** In order to allow for the receipt of further information from defense counsel, this officer's appropriate disclosure of draft presentence report, and the parties need to resolve issues, a continuance of the matter to a later date is necessary.

By copy of this memorandum, the Court Clerk is being requested to make appropriate changes in the Court calendar.

Respectfully submitted,

**George A. Vidales**
**Senior United States Probation Officer**

**REVIEWED BY:** _____
**LINDA L. ALGER**
**Supervising United States Probation Officer**

Dated:      April 16, 2010
Sacramento, California
GAV/sda

Attachment

Rev. 10/2009
CONTINUANCE – TO JUDGE (EJG).MRG

RE:    **Robert MARTINSON**
        **Docket Number:  2:08CR00294-01**
        **<u>CONTINUANCE OF JUDGMENT AND SENTENCING</u>**

cc:    Clerk, United States District Court
        United States Attorney's Office
        United States Marshal's Office
        Federal Defender (If defense counsel is court-appointed)
        Probation Office Calendar clerk

  ✓ **Approved**

                  **EDWARD J. GARCIA**             **4/19/10**
                  **Senior United States District Judge**     **Date**

  ____ **Disapproved**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

**UNITED STATES OF AMERICA**

Docket Number:  2:08CR00294-01

**Plaintiff,**

**SCHEDULE FOR DISCLOSURE OF PRESENTENCE REPORT AND FOR FILING OF OBJECTIONS TO THE PRESENTENCE REPORT**

vs.

**ROBERT MARTINSON**

**Defendant.**

_____ /

The Probation Officer and all parties shall adhere to this schedule unless it is later modified by this Court:

| | |
|---|---|
| Judgment and Sentencing Date: | 07/12/2010, 10:00 a.m. |
| Reply, or Statement of Non-Opposition: | 07/05/2010 |
| Motion for Correction of the Presentence Report shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: | 06/28/2010 |
| The Presentence Report shall be filed with the Court and disclosed to counsel no later than: | 06/21/2010 |
| Counsel's written objections to the Presentence Report shall be delivered to the Probation Officer and opposing counsel no later than: | 06/14/2010 |
| The proposed Presentence Report shall be disclosed to counsel no later than: | 05/31/2010 |

Rev. 10/2009
CONTINUANCE ~ TO JUDGE (EJG).MRG