UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**MEMORANDUM**

Honorable Edward J. Garcia
Senior United States District Judge
Sacramento, California

                              RE:    Robert MARTINSON
                                         Docket Number:  2:08CR00294-01
                                         **CONTINUANCE OF JUDGMENT**
                                         **AND SENTENCING**

Your Honor:

Per agreement with both counsel, it is respectfully requested that the above-referenced case be continued from July 16, 2010, to October 22, 2010, at 10:00 a.m. (See attached amended Schedule for Disclosure.)

**REASON FOR CONTINUANCE:** The parties are addressing loss and restitution issues, and have agreed on the need to continue this matter to October 22, 2010.

By copy of this memorandum, the Court Clerk is being requested to make appropriate changes in the Court calendar.

                                        Respectfully submitted,

                                        GEORGE A. VIDALES
                                        Senior United States Probation Officer

**FILED**
**JUN 17 2010**
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**REVIEWED BY:**
                           **Linda L. Alger**
                           **Supervising United States Probation Officer**

Dated:       June 15, 2010
                Sacramento, California
                GAV/sda

Attachment

**RE:** Robert Martinson
Docket Number: 2:08CR00294-01
<u>**CONTINUANCE OF JUDGMENT AND SENTENCING**</u>

cc: Clerk, United States District Court
United States Attorney's Office
United States Marshal's Office
Federal Defender (If defense counsel is court-appointed)
Probation Office Calendar clerk

✓ **Approved**

_____
**EDWARD J. GARCIA**
**Senior United States District Judge**

6/17/10
**Date**

___ **Disapproved**

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | Docket Number: 2:08CR00294-01 |
| Plaintiff, | SCHEDULE FOR DISCLOSURE OF PRESENTENCE REPORT AND FOR FILING OF OBJECTIONS TO THE PRESENTENCE REPORT |
| vs. | |
| **ROBERT MARTINSON** | |
| Defendant. | |

The Probation Officer and all parties shall adhere to this schedule unless it is later modified by this Court:

| | |
|---|---|
| Judgment and Sentencing Date: | 10/22/2010 @ 10:00 AM |
| Reply, or Statement of Non-Opposition: | 10/15/2010 |
| Motion for Correction of the Presentence Report shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: | 10/08/2010 |
| The Presentence Report shall be filed with the Court and disclosed to counsel no later than: | 10/01/2010 |
| Counsel's written objections to the Presentence Report shall be delivered to the Probation Officer and opposing counsel no later than: | 09/24/2010 |
| The proposed Presentence Report shall be disclosed to counsel no later than: | 09/10/2010 |