UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

FILED
OCT 25 2010
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

MEMORANDUM

Honorable Edward J. Garcia
Senior United States District Judge
Sacramento, California

                 RE:   **Robert Martinson**
                         **Docket Number:   2:08CR00294-01**
                         **CONTINUANCE OF JUDGMENT**
                         **AND SENTENCING**

Your Honor:

Per agreement with both counsel, it is respectfully requested that the above-referenced case be continued from October 22, 2010 to February 25, 2011 at 10:00 AM. (See attached amended Schedule for Disclosure.)

**REASON FOR CONTINUANCE:** The parties are addressing loss and restitution, and have agreed on the need to continue this matter to February 25, 2011.

By copy of this memorandum, the Court Clerk is being requested to make appropriate changes in the Court calendar.

                                                Respectfully submitted,

                                                */s/ George A. Vidales*
                                                **George A. Vidales**
                                               **Senior United States Probation Officer**

**REVIEWED BY:**   */s/ Linda Alger*
                           **LINDA L. ALGER**
                           **Supervising United States Probation Officer**

Dated:       October 22, 2010
                 Sacramento, California
                 GAV/tu

Attachment

**RE:  Robert Martinson**
   **Docket Number:  2:08CR00294-01**
   **CONTINUANCE OF JUDGMENT AND SENTENCING**


cc:  Clerk, United States District Court
   United States Attorney's Office
   United States Marshal's Office
   Federal Defender (If defense counsel is court-appointed)
   Probation Office Calendar clerk


✓ **Approved**

_____    10/25/10
**EDWARD J. GARCIA**
**Senior United States District Judge**    **Date**

___ **Disapproved**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **Docket Number: 2:08CR00294-01** |
| **Plaintiff,** | **SCHEDULE FOR DISCLOSURE OF PRESENTENCE REPORT AND FOR FILING OF OBJECTIONS TO THE PRESENTENCE REPORT** |
| vs. | |
| **ROBERT MARTINSON** | |
| **Defendant.** | |

The Probation Officer and all parties shall adhere to this schedule unless it is later modified by this Court:

| | |
|---|---|
| Judgment and Sentencing Date: | 02/25/2011 @ 10:00 AM |
| Reply, or Statement of Non-Opposition: | 02/18/2011 |
| Motion for Correction of the Presentence Report shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: | 02/11/2011 |
| The Presentence Report shall be filed with the Court and disclosed to counsel no later than: | 02/04/2011 |
| Counsel's written objections to the Presentence Report shall be delivered to the Probation Officer and opposing counsel no later than: | 01/28/2011 |
| The proposed Presentence Report shall be disclosed to counsel no later than: | 01/14/2011 |