LAW OFFICES OF
WING& PARISI
A PROFESSIONAL CORPORATION
1101 E STREET
SACRAMENTO, CA95814
441-4888
State Bar #063214

ATTORNEYS FOR:   Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA <br><br> Plaintiff, <br><br> v. <br><br> ROBERT MARTINSON <br> Defendant, | No.    Cr S 08-294 <br><br> STIPULATION AND ORDER CONTINUING JUDGMENT AND SENTENCING AND ESTABLISHING A NEW SCHEDULE FOR DISCLOSURE OF PRESENCE REPORT AND FOR FILING OBJECTIONS TO THE PRESENTENCE REPORT |

   Plaintiff, United States of America, by and through its counsel, Assistant United States Attorney Russell Carlberg,  and defendant  ROBERT MARTINSON, by his attorney, Christopher H. Wing, with the approval of United States Probation Officer, George Vidales and having determined from the Court's clerk, Ms. Colleen Lydon, that the proposed date is available,  hereby stipulate that the date of Defendant's sentencing, now set for February 25, 2011, should be changed to April 8, 2011 and that the following Schedule for Disclosure of the Presentence Report and the filing of Objections thereto be adopted:

| | |
|---|---|
| Judgment and Sentencing Date: | April, 8, 2011 at 10:00 am |
| Reply, or Statement of Non-Opposition | April 1, 2011 |
| Motion for Correction of Presentence Report | March 25, 2011 |
| Presentence Report shall be filed with the | |
| Court and disclosed to Counsel | March 18, 2011 |
| Counsel's written obections to the Presentence | |

///

1

Report shall be delivered to the Probation Officer

and opposing Counsel                                March 11, 2011

The proposed Presentence Report shall be

disclosed to Counsel                                February 25, 2011


          Dated:  January 19, 2011

                                                Benjamin B. Wagner
                                                United States Attorney

                                                /S/_____
                                                Russell Carlberg
                                                Assistant U.S.Attorney


          Dated: January 19, 2011

                                                /S/_____
                                                Christopher H. Wing
                                                Attorney for Robert Martinson


                              **[PROPOSED] ORDER**

       This matter having come on before me pursuant to the stipulation of the parties and

good cause appearing therefore,


       IT IS ORDERED THAT: the Sentencing date for Defendant is continued to April 8,

2011 at 10:00 AM and that the proposed schedule is approved


          Dated:  January 20, 2011

                                        /s/ Edward J. Garcia
                                        SENIOR U.S. DISTRICT COURT JUDGE


LAW OFFICES OF
WING & PARISI
SACRAMENTO, CA.

/ / /

                                        2