LAW OFFICES OF
WING& PARISI
A PROFESSIONAL CORPORATION
1101 E STREET
SACRAMENTO, CA95814
441-4888
State Bar #063214

ATTORNEYS FOR:   Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>　　　　　　　　　Plaintiff,<br><br>v.<br><br>ROBERT MARTINSON<br>　　　　　　　　　Defendant, | No. 2: 08 - Cr. 294 EJG<br><br>STIPULATION AND ORDER CONTINUING JUDGMENT AND SENTENCING AND ESTABLISHING A NEW SCHEDULE FOR DISCLOSURE OF PRESENTENCE REPORT AND FOR FILING OBJECTIONS TO THE PRESENTENCE REPORT |

　　　　Plaintiff, United States of America, by and through its counsel, Assistant United States Attorney Russell Carlberg,  and defendant  ROBERT MARTINSON, by his attorney, Christopher H. Wing, with the approval of United States Probation Officer, George Vidales and having determined from the Court's clerk, Ms. Colleen Lydon, that the proposed date is available,  hereby stipulate that the date of Defendant's sentencing, now set for April8, 2011, should be changed to May 27, 2011 and that the following Schedule for Disclosure of the Presentence Report and the filing of Objections thereto be adopted:

　　　　Judgment and Sentencing Date:　　　　　　　　　May 27, 2011 at 10:00 am

　　　　Reply, or Statement of Non-Opposition　　　　　　May 13, 2011

///

1

| | |
|---|---|
| Motion for Correction of Presentence Report | May 6, 2011 |
| Presentence Report shall be filed with the Court and disclosed to Counsel | April 22, 2011 |
| Counsel's written obections to the Presentence Report shall be delivered to the Probation Officer and opposing Counsel | April 1, 2011 |

Dated: March 7, 2011

                                        Benjamin B. Wagner
                                      United States Attorney

/S/_____
By Russell Carlberg
Assistant U.S.Attorney

Dated: March 7, 2011

/S/ _____
Christopher H. Wing
Attorney for Robert Martinson

## [PROPOSED] ORDER

This matter having come on before me pursuant to the stipulation of the parties and good cause appearing therefore,

IT IS ORDERED THAT: the Sentencing date for Defendant is continued to May 27, 1011 at 10:00 AM and that the proposed schedule is approved

Dated: March 8, 2011

                                   /s/ Edward J. Garcia
                                   SENIOR U.S. DISTRICT COURT JUDGE

/ / /

LAW OFFICES OF
WING & PARISI
ACRAMENTO, CA.