1

LAW OFFICES OF
WING & PARISI
A PROFESSIONAL CORPORATION
1101 E STREET
SACRAMENTO, CA 95814
441-4888
State Bar #063214

2

3

4

5

ATTORNEYS FOR:   Defendant

6

7

8

IN THE UNITED STATES DISTRICT COURT

9

FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11

| UNITED STATES OF AMERICA | No.    2: 08 – Cr. 294 EGJ |
|---|---|
| Plaintiff, | STIPULATION AND ORDER CONTINUING JUDGMENT AND SENTENCING AND ESTABLISHING A NEW SCHEDULE FOR DISCLOSURE OF THE PRESENTENCE REPORT AND FOR FILING OF OBJECTIONS TO SAID REPORT |
| v. | |
| ROBERT MARTINSON | |
| Defendant, | |

12

13

14

15

16

17

18     Plaintiff, United States of America, by and through its counsel, Assistant United

19  States Attorney Russell Carlberg,  and defendant  ROBERT MARTINSON, by his attorney,

20  Christopher H. Wing, with the approval of United States Probation Officer, George Vidales

21  and having determined from the Court's clerk, Ms. Colleen Lydon, that the proposed date is

22  available,   hereby stipulate that the date of Defendant's sentencing, now set for May 27,

23  2011, should be changed to August 5, 2011 and that the following Schedule for Disclosure

24  of the Presentence Report and the filing of Objections thereto be adopted:

25

26         Judgment and Sentencing Date:                    August 5, 2011 at 10:00 am

27         Reply, or Statement of Non-Opposition           July 29, 2011

28         Motion for Correction of Presentence Report      July 22, 2011

///                                                      1

1

2     Presentence Report shall be filed with the
3     Court and disclosed to Counsel               July 15, 2011

4     Counsel's written obections to the Presentence
5     Report shall be delivered to the Probation Officer
        and opposing Counsel                       July 8, 2011
6

7     Dated:  May 13, 2011

8                                       Benjamin B. Wagner
                                      United States Attorney

9                                       /S/_____
10                                       By Russell Carlberg
                                      Assistant U.S.Attorney
11

12     Dated: May 13, 2011

13                                       /S/ _____
                                      Christopher H. Wing
14                                       Attorney for Robert Martinson

15

16                                 ORDER

17

18          This matter having come on before me pursuant to the stipulation of the

19 parties and good cause appearing therefore,

20

21          IT IS ORDERED THAT: the Sentencing date for Defendant is continued to

22 August 5, 1011 at 10:00 AM and that the proposed schedule is approved

23

24     Dated:   May 18, 2011

25

26                             /s/ Edward J. Garcia _____

27                             SENIOR U.S. DISTRICT COURT JUDGE

28

LAW OFFICES OF
WING& PARISI
ACRAMENTO, CA.    / / /

                               2