LAW OFFICES OF
WING& PARISI
A PROFESSIONAL CORPORATION
1101 E STREET
SACRAMENTO, CA95814
441-4888
State Bar #063214

ATTORNEYS FOR:   Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>ROBERT MARTINSON<br>　　　　　　　Defendant, | No.   2:08 – Cr. 294 EJG<br><br>STIPULATION AND ORDER CONTINUING JUDGMENT AND SENTENCING AND ESTABLISHING A NEW SCHEDULE FOR DISCLOSURE OF THE PRESENTENCE REPORT, FOR FILING OF OBJECTIONS TO SAID REPORT AND A SENTENCING MEMORANDUM. |

Plaintiff, United States of America, by and through its counsel, Assistant United States Attorney Russell Carlberg, and defendant ROBERT MARTINSON, by his attorney, Christopher H. Wing, with the approval of United States Probation Officer, George Vidales and having determined from the Court's clerk, Ms. Colleen Lydon, that the proposed date is available, hereby stipulate that the date of Defendant's sentencing, now set for August 5, 2011, should be changed to November 18, 2011 and that the following Schedule for Disclosure of the Presentence Report and the filing of Objections thereto be adopted:

| | |
|---|---|
| Judgment and Sentencing Date: | November 18, 2011 at 10:00 am |
| Reply, or Statement of Non-Opposition | October 21, 2011 |
| Motion for Correction of Presentence Report | September 16, 2011 |

///

1

Presentence Report has been filed with the

Court and disclosed to Counsel                July 27, 2011


Dated:  August 1, 2011

    Benjamin B. Wagner
    United States Attorney

    /S/Christopher H. wing
    For Russell Carlberg
    Assistant U.S.Attorney


Dated: August 1, 2011

    /S/Christopher H. Wing
    Christopher H. Wing
    Attorney for Robert Martinson


## ORDER

This matter having come on before me pursuant to the stipulation of the parties and good cause appearing therefore,

IT IS ORDERED THAT: the Sentencing date for Defendant is continued to November 18, 2011 at 10:00 AM and that the proposed schedule is approved

Dated:  August 1, 2011

    /s/ Edward J. Garcia
    _____
    SENIOR U.S. DISTRICT COURT JUDGE

/ / /