LAW OFFICES OF
WING & PARISI
A PROFESSIONAL CORPORATION
1101 E STREET
SACRAMENTO, CA 95814
441-4888
State Bar #063214

ATTORNEYS FOR: Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>v.<br>ROBERT MARTINSON,<br>,<br><br>Defendants, | No.   2 -08 Cr. 294 EJG<br><br>STIPULATION AND ORDER TO CONTINUE SENTENCING FOR DEFENDANTS MARTINSON,<br><br>DATE: DECEMBER 2, 2011<br>TIME: 10:00 AM<br>COURT: DEPARTMENT 8 |

I CHRISTOPHER H. WING STATE:

After sending the Probation Officer a letter attempting to present an overview of the case and Mr. Martinson's involvement on January 27, 2010, which dealt exclusively with the two transactions dealt with in Mr. Martinson's Factual Basis for the Plea and meeting with the Probation Officer, I responded to the draft Presentence Investigation Report with a 12 page letter that was e-mailed, along with several exhibits, on April 6, 2011.

Because of the complexity of the case, the large amount of paperwork involved and significant differences of opinion as to some of the support for conclusions drawn in the draft, the Probation Officer, AUSA Carlberg and myself had a meeting on April 19, 2011, to go over issues and to see if we could come to some agreements concerning Mr. Martinson's sentencing.

///

1

At the conclusion of that meeting, I felt that our issues had been resolved and when asked by the Probation Officer whether I would then withdraw my objections, I agreed.

The Final Presentence Investigation Report was received in my office as far as I can tell from the records on July 27, 2011. I was out of the state on that date, and when I returned was in retreat until August 1, 2011. As we had continued the proposed date for Mr. Martinson's sentencing to August 5, 2011, it was agreed that the sentencing would be continued to November 18, 2011, which would be after the sentencing of all of the co-defendants. A schedule was presented with the Stipulation and the Court signed the Order.

During the last week of August and into the first part of September, my 97 year old father became hospitalized for 6 days. Upon his release from the hospital, he had several appointments with his primary physician, cardiologist and ophthalmologist over the next two weeks.

I simply lost track of this case. Though I filed that stipulated continuance and order continuing Mr. Martinson's sentencing that was set for the 5th of August, I don't recall even reading the Presentencing Report until receiving an e-mail from AUSA Carlberg which seemed to indicate that the Court had advanced Mr. Martinson's sentencing to 11-11-11; however that was corrected and the date of the 18th remained.

Having had the opportunity to review the Presentence Investigation Report, the transcripts of the sentencing of co-defendants DeLapp and the transcript of the continuance of the sentencing of co-defendant M. Villegas as well as the plea agreements of both, I realize that there are several seeming discrepancies that need to be addressed and that for the most part, by failure to respond to Mr. Martinson's Presentence Investigation Report is the cause thereof. This was my responsibility and I failed to act appropriately.

Since there are issues yet to be resolved, especially in the "loss" amount concerning Mr. Martinson as it seems the government's opinion of Ronald A.'s involvement may have changed, and since I believe that Ms. Lydon has confirmed that all Fridays, January 20, 2012 is available, that we continue the sentencings of Mr. Martinson to January 20th, and

///

that any changes in the Presentence Investigation Report be filed on or before December 30, 2011 and any objections thereto by January 6, 2012

Based upon the representations noted above, the government stipulates to this continuance of Defendant Martinson's Judgment and Sentencing.

Dated: November 29, 2011

                                            Benjamin B. Wagner
                                            United States Attorney

                                            /S/ Christopher H. Wing for
                                            Russell Carlberg
                                            Assistant U.S. Attorney

Dated: November 29, 2011

                                            /S/Christopher H. Wing
                                            Christopher H. Wing
                                            Attorney for Defendant Martinson

## ORDER

The Parties having stipulated and good cause appearing therefor, IT IS ORDERED THAT: The Judgment and Sentencing for Defendant Martinson be continued to January 20, 2012 at 10:00 am and that any changes in the Presentence Investigation Report be filed on or before December 30, 2011 and any objections thereto by January 6, 2012.

Dated: November 29, 2011

                                      /s/ Edward J. Garcia
                                      SENIOR U.S. DISTRICT COURT JUDGE

///

LAW OFFICES OF
WING & PARISI
SACRAMENTO, CA.